Fill in this information to identify the case:

Debtor 1  Robert Lewis

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Missouri__
(State)

Case number  18-40764-659

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): __4__

**Last 4 digits** of any number you use to identify the debtor's account:  __2__ __7__ __5__ __9__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: __05__ / __16__ / __2018__

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 05/18/2018- POC | (5) | $ 187.50 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2  Notice of Postpetition Mortgage Fees, Expenses, and Charges  page 1

Debtor 1 Robert Lewis Case number (*if known*) 18-40764-659
First Name Middle Name Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jonathon B. Burford Date 06/06/2018
Signature

Print: Jonathon B. Burford Title Attorney for Creditor
First Name Middle Name Last Name

Company Kozeny & McCubbin, L.C.

Address 12400 Olive Blvd., Suite 555
Number Street
St. Louis, MO 63141
City State ZIP Code

Contact phone (314) 991 – 0255 Email edmo@km-law.com

Official Form 410S2 Notice of Postpetition Mortgage Fees, Expenses, and Charges page **2**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re | |
| **Robert Lewis,** | **Case No: 18-40764-659** |
| Debtor. | **Chapter 13** |
| **Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,** | **CERTIFICATE OF SERVICE** |
| Movant. | |
| v. | |
| **Robert Lewis,** | **Kozeny & McCubbin, L.C.** |
| Debtor, | **12400 Olive Blvd., Suite 555** |
| | **St. Louis, MO 63141** |
| and | **edmo@km-law.com** |
| **Diana S. Daugherty,** Trustee**,** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and a copy of this pleading were served electronically via CM/ECF the 6th day of June, 2018 to the parties listed below:

Steven Charles Bublitz
Attorney for Debtor
1113 Howdershell Rd
Florrissant, MO 63031

Diana S. Daugherty
Trustee
P.O. Box 430908
St. Louis, MO 63143


*KM1191O182KM*

Office of the US Trustee
U.S. Trustee
111 S. Tenth St., Ste. 6.353
St. Louis, MO 63102

And delivered via regular U.S. Mail on June 6, 2018 to:

Robert Lewis
Debtor
2235 Briarcrest Drive
Florissant, MO 63033

        Respectfully submitted,

        /s/Jonathon B. Burford
        Jonathon B. Burford, #59337MO
        Attorneys for Movant
        12400 Olive Blvd., Suite 555
        St. Louis, MO 63141
        Phone: (314) 991-0255
        Fax:  (314) 567-8019
        edmo@km-law.com


*KM1191 0182KM*